Same case below, 75 App. Div. 3d 669, 903 N.Y.S.2d 273.

**No. 10-9006. Jeffrey Hamilton, Petitioner v. Mary Berghuis, Warden.**

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3097.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9008. David Eugene Gregg, Sr., Petitioner v. David McCall, Warden.**

563 U.S. 943, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3112.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 359.

**No. 10-9009. Ricky Darnell Gray, Petitioner v. Lynn Cooper, Warden.**

563 U.S. 944, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3166.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9012. David Garcia, Petitioner v. New York.**

563 U.S. 944, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3008.

April 18, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 72 App. Div. 3d 986, 898 N.Y.S.2d 504.

**No. 10-9014. Fransye Christian Kalalo, Selvy Kalalo, and Angel Christian Kalalo, Petitioners v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 944, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3075.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9015. Vernell B. Lloyd, Petitioner v. New Hanover Regional Medical Center.**

563 U.S. 944, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3094,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 703.

**No. 10-9018. Tommy McGuire, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 944, 131 S. Ct. 2144, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3023.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9026. Lenny Walker, Petitioner v. Cindi Curtin, Warden.**

563 U.S. 944, 131 S. Ct. 2110, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3160.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.